The People of the State of New York, 
against
Ebony Felder, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Tamiko A. Amaker, J. at suppression motion; Kevin B. McGrath, J. at trial), rendered April 7, 2016, after a nonjury trial, convicting her of unlicensed driving, and imposing sentence.




Per Curiam.
Judgment of conviction (Tamiko A. Amaker, J. at suppression motion; Kevin B. McGrath, J. at trial), rendered April 7, 2016, affirmed.
Defendant's contention that the court erred in summarily denying her suppression motion is only partially preserved for appellate review (see People v Bigelow, 68 AD3d 1127, 1128 [2009], lv denied 14 NY3d 797 [2010]). In any event, Department of Motor Vehicle records are not suppressible (see People v Tolentino, 14 NY3d 382, 385-387 [2010], cert dismissed 563 US 123 [2011]), nor are the police officer's observations of defendant driving on a public highway (see People v Weaver, 12 NY3d 433, 440 [2009]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2018